UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:06-CV-138-V
STATESVILLE DIVISION

DIANNE H. DORTON, as Personal      )
Representative of the Estate of    )
RANDALL ALEXANDER DORTON,          )
                                   )        **ORDER**
            Plaintiff,             )
                                   )
            v.                     )
                                   )
THE UNITED STATES OF AMERICA       )
                                   )
            Third-Party Defendant. )
_____

     **This** matter comes before the Court on the Motion of Defendant United States of America for Change of Venue pursuant to 28 U.S.C. § 1404(a).  Plaintiff does not oppose the Motion.  Having considered the premises for the proposed transfer, and considering Plaintiff's concurrence, the Court finds the Motion should be granted.

     **IT IS, THEREFORE, ORDERED** that the Defendant's motion is **GRANTED**.

     **IT IS FURTHER ORDERED THAT** the case be transferred to the United States District Court for the Middle District of North Carolina.

       Signed: January 8, 2007

Richard L. Voorhees
United States District Judge

Dockets.Justia.com