UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:06-CV-138-V
STATESVILLE DIVISION

| | |
|---|---|
| DIANNE H. DORTON, as Personal Representative of the Estate of RANDALL ALEXANDER DORTON, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA | ) ) |
| Third-Party Defendant. | ) |

**ORDER**

**This** matter comes before the Court on the Motion of Defendant United States of America for Change of Venue pursuant to 28 U.S.C. § 1404(a). Plaintiff does not oppose the Motion. Having considered the premises for the proposed transfer, and considering Plaintiff's concurrence, the Court finds the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the case be transferred to the United States District Court for the Middle District of North Carolina.

Signed: January 8, 2007

Richard L. Voorhees
United States District Judge